# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RONALD HALLEY, | ) |
| | ) |
| Plaintiff, | ) No. 13-cv-6436 |
| | ) |
| v. | ) District Judge John R. Blakey |
| | ) |
| AETNA LIFE INSURANCE COMPANY, | ) Magistrate Judge Susan E. Cox |
| | ) |
| Defendant. | ) |

## DEFENDANT'S CROSS-MOTION FOR JUDGMENT

Defendant, Aetna Life Insurance Company ("Aetna"), by its attorneys, Gonzalez Saggio & Harlan, LLC, respectfully moves this Honorable Court Motion for Judgment pursuant to Federal Rule of Civil Procedure 52, and requests that this Honorable Court enter findings of fact and conclusions of law that Plaintiff is not totally disabled under the terms of the long term disability plan and enter judgment in its favor, plus an award of costs and attorney's fees. In support thereof, Aetna directs the court to its Proposed Findings of Fact and Conclusions of Law and Memorandum in Support of its Cross-Motion for Judgment.

Respectfully submitted,

AETNA INSURANCE COMPANY

s/Moyenda Mutharika Knapp
By: One of Its Attorneys

Elizabeth A. McDuffie
Moyenda Mutharika Knapp
Gonzalez Saggio & Harlan, LLC
180 N. Stetson Avenue, Suite 4425
Chicago, IL 60601
Phone 312-236-0475/ Fax 312-236-1750
E-mail: Liz_McDuffie@gshllp.com
         Moyenda_Knapp@gshllc.com

# CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2015, I electronically filed the foregoing Defendant's Cross-Motion for Judgment with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    mdebofsky@debofsky.com;
    msherman@debofsky.com;
    wreynolds@debofsky.com;    and I certify that I have sent by U.S. Mail the document to the following non CM/ECF participants: N/A.

                                                      s/Moyenda Mutharika Knapp

    Elizabeth A. McDuffie
    Moyenda Mutharika Knapp
    Two Prudential Plaza
    180 N. Stetson Avenue, Suite 4425
    Chicago, IL 60601
    Phone 312-236-0475
    Fax     312-236-1750
    E-mail: Liz_McDuffie@gshllp.com
           Moyenda_Knapp@gshllc.com